**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-6241**

_____

DAVID M. CLAYTOR, II,

                              Petitioner - Appellant,

        versus

GENE M. JOHNSON, Director,

                              Respondent - Appellee.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (CA-04-63-7)

_____

Submitted:  January 26, 2006            Decided:  January 30, 2006

_____

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

David M. Claytor, II, Appellant Pro Se.  Richard Bain Smith,
Assistant Attorney General, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David M. Claytor, II, a state prisoner, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001). We have independently reviewed the record and conclude that Claytor has not made the requisite showing. Accordingly, we grant Claytor's motion to file a supplemental informal brief, and deny all other pending motions. We deny a certificate of appealability and dismiss the appeal; we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -